IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| FLOYD DELL JOHNSON, ADC # 77727 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:13CV00108-JJV |
| RICKY OWENS, *et al.* | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

SO ORDERED this 30th day of April, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1